**Order entered January 4, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01046-CV**

**ROBERT JOSEPH YEZAK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-04110-2021**

**ORDER**

Before the Court is appellant's December 21, 2021 motion to waive this Court's filing fee. We **GRANT** the motion and waive the $205 filing fee.

On December 29, 2021, the Court received appellant's request for the reporter's record. By order dated December 17, 2021, we ordered the appeal be submitted without the reporter's record after the reporter filed a letter stating that no record was taken. Accordingly, we **DENY** appellant's request for the reporter's record.

We **DIRECT** the Clerk of this Court to send a paper copy of the clerk's record to appellant. On the Court's own motion, we extend the deadline for appellant's brief on the merits to **January 31, 2022**.

/s/   ROBERT D. BURNS, III
       CHIEF JUSTICE